[No. 10508. *En Banc.* October 9, 1913.]

THOMAS ZOLAWENSKI *et al., Respondents,* v. THE CITY OF ABERDEEN, *Appellant.*[1]

Appeal from a judgment of the superior court for Chehalis county, Sheeks, J., entered December 4, 1911, upon the verdict of a jury rendered in favor of the plaintiffs, in an action for personal injuries sustained by a pedestrian through a defective bridge. Affirmed.

*A. E. Graham,* for appellant.

*Frank Beam,* for respondents.

#### ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc,* a majority of the court adhere to the opinion heretofore filed herein as reported in 72 Wash. 95, 129 Pac. 1090.

For the reasons there stated, the judgment is affirmed.

[1]Reported in 135 Pac. 470.